Good morning, Your Honors. Counsel, may it please the court. This is the second time I've been here on behalf of Mr. Johnson, and we appreciate your time the last time. In preparing for argument today, this weekend, I updated my research and I came across the United States of America v. Banks decided by the Seventh Circuit on August 20th of 2014, number 13-3527, that addresses this very issue that we had raised relying on Washington. Can you give me that site again? It's number 13-3527, decided August 20, 2014. And Mr. Johnson's case had not done so. So I will concede the issue, frankly. That's a first for me, but I know when I'm beaten. All right. All right. Thank you. Thank you. I assume you will accept that concession. All right. Thank you, Counsel. Thank you. All right. We'll call the seventh case. And thank you, Mr.